**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

LEODIS RANDLE, Reg. #25064-009;                                    PLAINTIFFS
KAREN HALL; and DOROTHY RANDLE

v.                                        NO. 4:14CV00357 JLH

KRISTINE BAKER; et al.                                              DEFENDANTS

## JUDGMENT

    Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is hereby DISMISSED.

    IT IS SO ORDERED this 17th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE